No. 03-1500. Van Orden.v. Perry, in His Official Capacity as Governor of Texas and Chairman, State Preserva-

TION BOARD, ET AL. C. A. 5th Cir. Certiorari granted.